IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORHEASTERN DIVISION

FILED
98 MAR 11 PM 2:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| SHERMAN ROY SAPP, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 97-S-3085-NE |
| DECATUR DAILY, | ) | |
| Defendant. | ) | |

ENTERED
MAR 11 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 13, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

DATED this 11th day of March, 1998.

_____
C. LYNWOOD SMITH, JR.
UNITED STATES DISTRICT JUDGE

